AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST      DISTRICT OF      MASSACHUSETTS

JOAN M. MARCHI, et al

v.

UNITED STATES OF AMERICA

**APPEARANCE**

Case Number: 05CV30037

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    for the United States of America.

I certify that I am admitted to practice in this court.

3/23/05
Date

Signature

KAREN L. GOODWIN      16767
Print Name      Bar Number

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD      MA      01103
City      State      Zip Code

(413) 785-0235      (413) 785-0394
Phone Number      Fax Number