UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually )
and ANDREW J. HUTTON, as )
Personal Representative for )
the ESTATE OF PAULA S. )
HUTTON, )
 )
                              ) Case No. 05CV30037-KPN
          Plaintiffs, )
 )
   v. )
 )
 )
GALE A. NORTON, SECRETARY OF )
THE UNITED STATES DEPARTMENT )
OF THE INTERIOR, UNITED STATES)
FISH AND WILDLIFE SERVICES, )
 )
         Defendant. )

<u>UNITED STATES REQUEST FOR EXTENSION OF TIME</u>
(Assented to)

    The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by thirty days the deadline for responding to the complaint. As grounds for this motion, the defendant states that her attorney needs to review voluminous administrative files in order to prepare an appropriate response. In addition, the plaintiff is planning to file an amended complaint within the next thirty days and an extension will allow the response to address the amended pleading.

    In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the

plaintiff's counsel and she assents to this motion.

WHEREFORE, the defendant respectfully requests that the deadline for responding to the complaint be extended to May 17, 2005.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                    By:
                                          KAREN L. GOODWIN
                                          Assistant U.S. Attorney
                                          1550 Main Street, Room 310
                                          Springfield, MA 01103-1422
DATED:  March 23, 2005                 (413) 785-0269

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Donald J. Allison
    Linda L. Pisano
    Allison, Angier and Bartmon, LLP
    69 South Pleasant Stret, Suite 201
    Amherst, MA 01002

This 23rd day of March, 2005.

                                          KAREN L. GOODWIN
                                          ASSISTANT UNITED STATES ATTORNEY