# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually
and ANDREW J. HUTTON, as
Personal Representative for the
ESTATE OF PAULA S. HUTTON,
        Plaintiffs

Vs.

**SUMMONS IN A CIVIL CASE**

GALE A. NORTON, SECRETARY
OF THE UNITED STATES DEPARTMENT
OF THE INTERIOR, UNITED STATES
FISH AND WILDLIFE SERVICES

CASE NUMBER: 05-30037-MAP

TO:   CIVIL PROCESS CLERK
      United States Attorney General
      U.S. Department of Justice
      950 Pennsylvania Ave., N.W.
      Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** AND REQUIRED TO SERVE UPON PLAINTIFFS'
ATTORNEY:     LINDA L. PISANO, ESQUIRE
                     DONALD J. ALLISON, ESQUIRE
                     ALLISON, ANGIER & BARTMON, LLP
                     69 SOUTH PLEASANT STREET
                     AMHERST, MA 01002

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                  February 4, 2005

CLERK   /s/ Mary Finn                            DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _CERTIFIED MAIL RETURN Receipt Requested._
_(SIGNED RETURN RECEIPT Attached)._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-4-05
                Date

Signature of Server: _Linda L. Pisano_

LINDA L. Pisano
Allison, Angier & Bartmon, LLP
Address of Server
69 South Pleasant St. Suite 201
Amherst, MA 01002

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Print your name, address, and ZIP Code in this box •

Linda L. Pisano, Esq.
Allison, Angier + Bartmon, LLP
69 South Pleasant Street
Amherst, MA 01002

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Civil Process Clerk
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

4a. Article Number
7004 1160 0001 6933 8702

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

6. Signature: *(Addressee or Agent)*
X

PS Form 3811, December 1994                 Domestic Return Receipt