UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN M. MARCHI, Individually and ANDREW J. HUTTON, as Personal Representative for the ESTATE OF PAULA S. HUTTON, <br><br> Plaintiffs, <br><br> v. <br><br> GALE A. NORTON, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES FISH AND WILDLIFE SERVICES, <br><br> Defendant. | Case No. 05CV30037-KPN |

## UNITED STATES MOTION FOR EXTENSION OF TIME
(Assented to)

The defendant, the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend by an additional three weeks the deadline for responding to the complaint. As grounds for this motion, the defendant states that the plaintiff is planning to file an amended complaint within the next two weeks and an extension will allow the response to address the amended pleading.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiff's counsel and she assents to this motion.

WHEREFORE, the defendant respectfully requests that the deadline for responding to the complaint be extended to June 1, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Karen L. Goodwin
KAREN L. GOODWIN
Assistant U.S. Attorney
1550 Main Street, Room 310
Springfield, MA 01103-1422
(413) 785-0269

DATED: May 11, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Donald J. Allison
Linda L. Pisano
Allison, Angier and Bartmon, LLP
69 South Pleasant Stret, Suite 201
Amherst, MA 01002

This 11th day of May, 2005.

/s/Karen L. Goodwin
KAREN L. GOODWIN
ASSISTANT UNITED STATES ATTORNEY

2