UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually )
and ANDREW J. HUTTON, as )
Personal Representative for )
the ESTATE OF PAULA S. )
HUTTON, )
                                        )   Case No. 05CV30037-MAP
        Plaintiffs, )
                                        )
   v. )

GALE A. NORTON, SECRETARY OF )
THE UNITED STATES DEPARTMENT )
OF THE INTERIOR, UNITED STATES)
FISH AND WILDLIFE SERVICES, )
        Defendant. )

**JOINT STATEMENT**

This is an employment action brought under Title VII of the Civil Right Act of 1964 and the Equal Pay Act. The plaintiffs[1] allege that they did not receive the same pay as male employees for comparable work. In addition, the plaintiff, Joan Marchi, alleges that her employer retaliated against her for filing a sexual harassment complaint. The defendant denies the allegations. The factual underpinnings of the complaint are complex and likely to involve many documents and numerous witnesses.

    A.    Automatic Disclosures

The parties will exchange by September 8, 2005, the information required by Fed. R. Civ. P. 26(a)(1).

---

[1] One of the plaintiffs, Andrew Hutton, is bring the lawsuit on behalf of his deceased spouse.

B.   Discovery Plan

Discovery will be required on liability and damages.

1.   All interrogatories and requests for production are to be served by November 30, 2005.

2.   All non-expert depositions should be completed by May 30, 2006.

3.   The plaintiffs shall disclose any expert witnesses by June 30, 2006.

4.   The defendant shall disclose any expert witnesses by August 30, 2006.

5.   Expert depositions, if any, shall be completed by October 30, 2006.

C.   Other Matters

1.   Dispositive motions, if any, are to be filed by September 30, 2006.

2.   Trial of this matter should take approximately two weeks.

3.   The parties' certifications will be filed separately.

Respectfully submitted,

| | |
|---|---|
| THE PLAINTIFF | MICHAEL J. SULLIVAN<br>United States Attorney |
| By: *Linda Pisano* | By: *Karen T. Goodwin* |
| LINDA PISANO<br>Allison, Angier<br>& Bartmon, LLP<br>69 S. Pleasant Street<br>Amherst, MA 01002 | KAREN L. GOODWIN<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA 01103 |

Dated: September 1, 2005

2

## CERTIFICATION

This is to certify that the undersigned counsel for the defendant has conferred with the Department of the Interior, the client agency, through the undersigned Marcia Gittes of the Office of General Counsel, with respect to a budget for the costs of litigation and the use of alternative resolution programs.

_____
KAREN L. GOODWIN
Assistant United States Attorney


_____
MARCIA GITTES