UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

JOAN M. MARCHI, Individually )
and ANDREW J. HUTTON, as )
Personal Representative for the )
ESTATE of PAULA S. HUTTON )
    Plaintiffs )
                               )     C.A. NO.: 3:05-CV-30037-MAP
vs )
 )
GALE A. NORTON, )
SECRETARY OF THE )
INTERIOR, UNITED STATES )
UNITED STATES DEPARTMENT )
OF INTERIOR, FISH AND )
WILDLIFE SERVICES )

## PLAINTIFF, ANDREW J. HUTTON, as PERSONAL REPRESENTATIVE OF ESTATE OF PAULA HUTTON, LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court Local Rule 16.1(D)(3), Plaintiff, Andrew J. Hutton, certifies that he has been made aware of the requirements of Local Rule 16.1(D)(3) and has conferred through his authorized representative regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation. Plaintiff has also conferred through its authorized representatives about the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local rule 16.4.

Dated: 8/17/05

                                                               Estate of Paula S. Hutton
                                                                By her attorney,

_____       _____
Andrew Hutton, Personal Representative    Linda L. Pisano, BBO #55701
45 Plain Street                                       Allison, Angier & Bartmon, LLP
Easthampton, MA 01027                     69 South Pleasant Street, Suite 201
                                                                Amherst, MA 01002
                                                                 (413) 253 – 9700

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WESTERN DIVISION)

| | |
|---|---|
| JOAN M. MARCHI, Individually<br>and ANDREW J. HUTTON, as<br>Personal Representative for the<br>ESTATE of PAULA S. HUTTON<br>  Plaintiffs<br><br>vs<br><br>GALE A. NORTON,<br>SECRETARY OF THE<br>INTERIOR, UNITED STATES<br>UNITED STATES DEPARTMENT<br>OF INTERIOR, FISH AND<br>WILDLIFE SERVICES | C.A. NO.: 3:05-CV-30037-MAP |

## PLAINTIFF, JOAN M. MARCHI'S LOCAL RULE 16.1(D)(3) CERTIFICATION

  Pursuant to United States District Court Local Rule 16.1(D)(3), Plaintiff Joan M. Marchi certifies that she has been made aware of the requirements of Local Rule 16.1(D)(3) and has conferred through her authorized representative regarding establishing a budget for the costs of conducting the full course, including various alternative courses, of this litigation. Plaintiff has also conferred through its authorized representatives about the possibilities of resolution of this litigation through the use of alternative dispute resolution programs, including those outlined in United States District Court Local rule 16.4.

Dated: 8/17/05

                JOAN M. MARCHI
                By her attorney,

_____
Joan M. Marchi
17 Miller Drive
Somers, CT 06071

                _____
                Linda L. Pisano, BBO #557018
                Allison, Angier & Bartmon, LLP
                69 South Pleasant Street, Suite 201
                Amherst, MA 01002
                (413) 253 – 9700

## CERTIFICATE OF SERVICE

I, Linda L. Pisano, counsel for Plaintiffs, hereby certify that a true copy of the Local Rule 16.1 (D)(3) Certification of Plaintiffs was served upon the following attorney of record for the defendant by first class mail, postage prepaid on September 6, 2005:

- United States Attorney's Office
  Springfield Field Office
  Federal Building & Courthouse, Room 310
  1550 Main Street
  Springfield, MA  01103

_____
Linda L. Pisano