UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN M. MARCHI, Individually and ANDREW J. HUTTON, as Personal Representative for the ESTATE of PAULA S. HUTTON, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Civil Action No. 05-30037-MAP |
| GALE A. NORTON, SECRETARY OF THE INTERIOR, UNITED STATES UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICES, | ) ) ) ) ) ) | |
| Defendant | ) | |

SCHEDULING ORDER
September 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1.    Interrogatories and requests for production shall be served by November 30, 2005.

2.    Non-expert depositions shall be completed by May 30, 2006.

3.    Counsel shall appear for a case management conference on June 1, 2006, at 10:00 a.m. in Courtroom Three.

4.    Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

5.    Defendant shall designate and disclose information regarding her trial

experts as required by FED. R. CIV. P. 26(a)(2) by August 30, 2006.

6.    All expert depositions shall be completed by October 30, 2006.

IT IS SO ORDERED.

DATED: September 8, 2005

             /s/ Kenneth P. Neiman
             KENNETH P. NEIMAN
             U.S. Magistrate Judge