UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| JOAN M. MARCHI, Individually ) <br> and ANDREW J. HUTTON, as ) <br> Personal Representative for the ) <br> ESTATE of PAULA S. HUTTON ) <br>     Plaintiffs ) <br> ) <br> vs ) <br> ) <br> GALE A. NORTON, ) <br> SECRETARY OF THE ) <br> INTERIOR, UNITED STATES ) <br> UNITED STATES DEPARTMENT ) <br> OF INTERIOR, FISH AND ) <br> WILDLIFE SERVICES, ) <br>     Defendant ) | C.A. NO.: 3:05-CV-30037-MAP |

**PLAINTIFF'S ASSENT TO DEFENDANT'S
MOTION TO AMEND ANSWER TO
SECOND AMENDED COMPLAINT**

The plaintiffs, Joan M. Marchi and Andrew J Hutton, as Personal Representative for the Estate of Paula S. Hutton hereby **Assent** to the defendant's Motion to Amend the Answer to the Second Amended Complaint.

                            Respectfully submitted,
                            THE PLAINTIFFS


                            __/s/ Linda L. Pisano_____
                            LINDA L. PISANO
                            Allison, Angier & Bartmon, LLP
                            69 South Pleasant Street, Suite 201
                            Amherst, MA  01002
Dated: December 27, 2005          (413) 253 - 9700

## CERTIFICATE OF SERVICE

I, Linda L. Pisano, counsel for Plaintiffs, hereby certify that a true copy of the Plaintiff's Assent to Defendant's Motion to Amend Answer to Second Amended Complaint was served upon Assistant United States' Attorney Karen L. Goodwin, attorney of record for all the defendants by mailing a copy of same by first class mail, postage prepaid, on this date, to:

- United States Attorney's Office
  Springfield Field Office
  Federal Building & Courthouse, Room 310
  1550 Main Street
  Springfield, MA  01103

Dated this 27th day of December, 2005

                                  /s/ Linda L. Pisano
                                  Linda L. Pisano
                                  Counsel for Plaintiffs