UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually   )
and ANDREW J. HUTTON, as       )
Personal Representative for    )
the ESTATE OF PAULA S.         )
HUTTON,                        )
                               )     Case No. 05CV30037-KPN
            Plaintiffs,        )
                               )
     v.                        )
                               )
                               )
GALE A. NORTON, SECRETARY OF   )
THE UNITED STATES DEPARTMENT   )
OF THE INTERIOR, UNITED STATES )
FISH AND WILDLIFE SERVICES,    )
                               )
            Defendant.         )

PARTIES JOINT MOTION FOR EXTENSION OF TIME

The parties moves for an additional two-week extension of
time to respond to interrogatories and requests for production
served upon each other on November 30, 2005, thereby extending
the deadline to March 16, 2006.  The extension of time will not
affect the deadlines established by the scheduling order.

THE PLAINTIFFS                      THE DEFENDANT
                                    MICHAEL J. SULLIVAN
                                    United States Attorney
/s/Linda L. Pisano/klg              /s/Karen L. Goodwin
Linda L. Pisano                     Karen L. Goodwin
Allison, Angier and Bartmon, LLP    Assistant U.S. Attorney
69 South Pleasant Stret, Suite 201  1550 Main Street
Amherst, MA 01002                   Springfield, MA 01103


Dated:    March 2, 2006