UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOAN M. MARCHI, Individually  )
and ANDREW J. HUTTON, as      )
Personal Representative for   )
the ESTATE OF PAULA S.        )
HUTTON,                       )
                              )     Case No. 05CV30037-MAP
            Plaintiffs,       )
                              )
     v.                       )
                              )
                              )
GALE A. NORTON, SECRETARY OF  )
THE UNITED STATES DEPARTMENT  )
OF THE INTERIOR, UNITED STATES)
FISH AND WILDLIFE SERVICES,   )
                              )
            Defendant.        )
```

PARTIES JOINT MOTION FOR EXTENSION OF TIME

The parties moves for an additional two-week extension of time to respond to interrogatories and requests for production served upon each other on November 30, 2005, thereby extending the deadline to March 30, 2006.  The extension of time will not affect the deadlines established by the scheduling order.

| THE PLAINTIFFS, | THE DEFENDANT |
|---|---|
|  | MICHAEL J. SULLIVAN |
|  | United States Attorney |
| /s/Linda L. Pisano/klg | /s/Karen L. Goodwin |
| Linda L. Pisano | Karen L. Goodwin |
| Allison, Angier and Bartmon, LLP | Assistant U.S. Attorney |
| 69 South Pleasant Stret, Suite 201 | 1550 Main Street |
| Amherst, MA 01002 | Springfield, MA 01103 |

Dated:    March 15, 2006