UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JOAN M. MARCHI, Individually  )
and ANDREW J. HUTTON, as      )
Personal Representative for   )
the ESTATE OF PAULA S.        )
HUTTON,                       )
                              )   Case No. 05CV30037-MAP
          Plaintiffs,         )
                              )
     v.                       )
                              )
                              )
GALE A. NORTON, SECRETARY OF  )
THE UNITED STATES DEPARTMENT  )
OF THE INTERIOR, UNITED STATES)
FISH AND WILDLIFE SERVICES,   )
                              )
          Defendant.          )
```

### MOTION TO EXTEND THE DISCOVERY DEADLINE
### (Assented to)

The defendant, by her attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, moves to extend the discovery schedule by 45 days for the following reason. The current deadline for completing depositions is May 30, 2006, and the parties are in the process of scheduling depositions. However, counsel for the government will be on vacation during the week of April 17, 2006, and counsel for the plaintiff will be on vacation from May 9 through 19. These per-planned vacations coupled with the scheduling constraints imposed by other cases is making it difficult to schedule all depositions within the remaining time period in the discovery schedule.

In accordance with Local Rule 7.1, the undersigned Assistant U.S. Attorney certifies that she has conferred with the plaintiffs' counsel and she assents to this motion.

WHEREFORE, the government requests that the deadline for completing depositions be extended until July 15, 2006.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/Karen L. Goodwin
                         By:  _____
                              Karen L. Goodwin
                              Assistant U.S. Attorney
                              1550 Main Street
                              Springfield, MA 01103
Dated: April 1, 2006          413-785-0235
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).
/s/Karen L. Goodwin

Karen L. Goodwin
Assistant United States Attorney

Date: April 1, 2006