```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually  )
and ANDREW J. HUTTON, as      )
Personal Representative for   )
the ESTATE OF PAULA S.        )
HUTTON,                       )
                              )
                              )    Case No. 05CV30037-MAP
            Plaintiffs,       )
                              )
    v.                        )
                              )
                              )
GALE A. NORTON, SECRETARY OF  )
THE UNITED STATES DEPARTMENT  )
OF THE INTERIOR, UNITED STATES)
FISH AND WILDLIFE SERVICES,   )
                              )
            Defendant.        )
```

RENEWED AND JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE
_____

   The defendant, by her attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, renews her motion to extend the discovery schedule by 45 days. The plaintiffs, by their attorney, join in this motion. As grounds for this renewed and joint motion, the parties state as follows:

   1.   On April 1, 2006, the defendant filed an assented to motion to extend the discovery schedule by 45 days. On April 14, 2006, the court denied the motion without prejudice on the basis that without knowing the number of depositions to be taken, it could not determine if the 17 days remaining in the schedule were sufficient.

   2.   The plaintiffs anticipate taking seven depositions and the defendant anticipates taking six depositions. The

parties note that this number could increase or decrease depending on how the testimony develops.

3.  The parties are in the process of scheduling the initial depositions.  Due to vacation schedules, witness schedules and commitments in other cases, the initial depositions cannot take place until the week of May 1, 2006.  The parties have scheduled two depositions for May 3 and 4, 2006.

4.  It is not feasible to complete 13 depositions in the days remaining in the discovery schedule, particularly given the vacation plans cited in the government's previous motion as well as counsels' commitments in other cases.

5   Although the parties have previously sought additional time to respond to discovery requests, this is the first time the parties have asked for an extension of the overall discovery schedule.

WHEREFORE, the parties request that the discovery deadline be extended to July 15, 2006.


| THE PLAINTIFFS, | THE DEFENDANT |
|---|---|
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/Linda L. Pisano/klg<br>Linda L. Pisano<br>Allison, Angier and Bartmon, LLP<br>69 South Pleasant Street, Suite 201<br>Amherst, MA 01002 | /s/Karen L. Goodwin<br>Karen L. Goodwin<br>Assistant U.S. Attorney<br>1550 Main Street<br>Springfield, MA 01103 |

Dated:    April 17, 2006