UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN M. MARCHI, Individually and ANDREW J. HUTTON, as Personal Representative for the ESTATE of PAULA S. HUTTON, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) ) | Civil Action No. 05-30037-MAP |
| GALE A. NORTON, SECRETARY OF THE INTERIOR, UNITED STATES UNITED STATES DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICES, | ) ) ) ) ) | |
| Defendant | ) | |

<u>REVISED SCHEDULING ORDER</u>
April 18, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Time to Complete

Discovery (Document No. 30) and revises the schedule as follows:

1.    All non-expert discovery shall be completed by July 14, 2006.

2.    Counsel shall appear for a case management conference on July 28,

2006, at 10:00 a.m. in Courtroom Three.  The June 1, 2006 conference is

cancelled.

3.    Plaintiffs shall designate and disclose information regarding their trial

experts as required by FED. R. CIV. P. 26(a)(2) by August 30, 2006.

4.    Defendant shall designate and disclose information regarding her trial

experts as required by FED. R. CIV. P. 26(a)(2) by October 6, 2006.

5.      All expert depositions shall be completed by November 20, 2006.

IT IS SO ORDERED.

DATED: April 18, 2006

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge