## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOAN M. MARCHI, Individually and
ANDREW J. HUTTON, as Personal
Representative for the ESTATE OF
PAULA S. HUTTON
        Plaintiff

V.                                                CIVIL ACTION NO.  05-30037-MAP

GALE A. NORTON,
        Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on JUNE 16, 2006 that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                By the Court,

June 16, 2006                            /s/ John C. Stuckenbruck
Date                                         Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                                                         [stlmtodism.]